*Order Entered September 12, 1997:*

B P 7 v BUREAU OF STATE LOTTERY, Docket No. 192826, and GEWARGES v BUREAU OF STATE LOTTERY, Docket No. 192827. The Court orders that a special panel shall be convened pursuant to MCR 7.215(H) to resolve the conflict between this case and *Watson v Michigan Bureau of State Lottery*, 224 Mich App 639 (1997).

The Court further orders that the opinion in this case released September 9, 1997, is hereby vacated.

The appellant may file a supplemental brief within 28 days of the clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief. Nine copies must be filed with the Clerk of the Court.